SARA LIPWICH *v.* EMIL H. FRANKEL,
COMMISSIONER OF TRANSPORTATION

The plaintiff's petition for certification for appeal from the Appellate Court, 44 Conn. App. 651 (AC 15452), is denied.

BERDON, J., dissenting. I would grant the plaintiff's petition for certification to appeal.

MCDONALD, J., did not participate in the consideration or decision of this petition.

*Steven R. Rolnick*, in support of the petition.

*Andrew S. Turret*, in opposition.

Decided May 29, 1997